### HOLMAN contᵃ ADDAMS

Samuel Holman plaint. contᵃ Nathanael Addams junʳ Defendᵗ in an action of debt of Five pounds in money due by bill under the

hand and Seale of the s^d Addams dat^d 29th of may. 1678. w^th damages:
. . . The Jury . . . found for the plaint. five pound in money
damage according to bill & costs of Court, Allow^d twenty one
Shilling 4^d

Execution issued 3^d may. 1679.